ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

failure to prosecute in accordance with the rules.

Edward J.COHEN, Claimant–Appellee,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 2011–7208.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

John W. POPE, Jr., Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7179.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

John W. Pope Jr., St. George, UT, for Claimant–Appellant.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

Jose L. Serrano RAMOS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7169.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

Kent C. Kiffner, Department of Justice, Washington, DC, for Respondent–Appellee.

Jose L. Serrano Ramos, Cayey, PR, pro se.

Roger R. GRUEN, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7203.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.